# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | |
|---|---|
| **GEORGE LYNN FLEMING**, as Executor of the Estate of George Marion Fleming, | )<br>)<br>) |
| **Plaintiff** | )<br>) |
| v | ) CIVIL NO. 2:06-CV-17<br>) |
| **WESTERN FORGE CORPORATION**, | )<br>)<br>) |
| **Defendant.** | ) |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Samuel H. Franklin of the law firm of Lightfoot, Franklin & White, L.L.C. to appear as additional counsel for the defendant in this matter filed on May 2, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Samuel H. Franklin is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: May 24, 2006

Dennis L. Howell
United States Magistrate Judge