IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| GEORGE LYNN FLEMING, as Executor of the Estate of George Marion Fleming, )<br>)<br>Plaintiff )<br>)<br>v )<br>)<br>WESTERN FORGE CORPORATION, )<br>)<br>Defendant. )<br>) | CIVIL NO. 2:06-CV-17 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Andrew S. Culbreath, of the law firm of Love, Thornton, Arnold & Thomason, P.A., to appear as counsel for the plaintiff in this matter filed on April 10, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Andrew S. Culbreath is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: May 24, 2006

_____
Dennis L. Howell
United States Magistrate Judge